# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HSBC BANK USA, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br> SCOTTSDALE PLACE HOMEOWNERS ASSOCIATION, *et al.*, <br><br> Defendants. | 2:16-cv-02503-KJD-VCF <br> **ORDER** |

Before the Court is the Notice of Completion of Mediation Pursuant to NRS 38.316 (ECF No. 26).

Accordingly,

IT IS HEREBY ORDERED that a pretrial hearing is scheduled for 2:00 PM, March 15, 2018, in Courtroom 3D.

DATED this 2nd day of March, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE